## BELLA VISTA CONDOMINIUM ASSOCIATION, INC. *v.* BENJAMIN GYADU

The defendant's petition for certification for appeal from the Appellate Court (AC 19693) is dismissed.

MCDONALD, C. J., and SULLIVAN and VERTEFEU-ILLE, Js., did not participate in the consideration or decision of this petition.

*Benjamin Gyadu*, pro se, in support of the petition.

*Joseph J. Popolizio*, in opposition.

Decided April 28, 2000

## BELLA VISTA CONDOMINIUM ASSOCIATION, INC. *v.* BENJAMIN GYADU

The defendant's petition for certification for appeal from the Appellate Court (AC 19693) is dismissed.

MCDONALD, C. J., and SULLIVAN and VERTEFEU-ILLE, Js., did not participate in the consideration or decision of this petition.

*Benjamin Gyadu*, pro se, in support of the petition.

Decided April 28, 2000

## ADDISON M. BENNINGS *v.* NEW HAVEN COMMUNITY CORRECTIONAL INSTITUTION

The plaintiff's petition for certification for appeal from the Appellate Court (AC 20237) is denied.

*Addison M. Bennings*, pro se, in support of the petition.

Decided April 28, 2000